[No. 51711-2-I. Division One. February 23, 2004.]

GEORGE PAPADAKIS, ET AL., *Appellants*, v. CAROLYN WOOD, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-2-12207-0, Michael J. Trickey, J., entered December 20, 2002 and January 14, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Cox, J.

[No. 52039-3-I. Division One. February 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TOEKEYBA C. CHRISTIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01440-9, Michael Heavey, J., entered July 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52173-0-I. Division One. February 23, 2004.]

*In the Matter of the Marriage of* RONALD B. BRADSHAW, *Respondent*, and CORA M. BRADSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-01878-9, Mary Yu, J., entered March 13, 2003. *Reversed* by unpublished opinion per Baker, J., concurred in by Agid and Appelwick, JJ.

[No. 21371-4-III. Division Three. February 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LUKE MCDONALD HUNTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00679-8, Robert D. Austin, J., entered August 16, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.